STATE OF NEW JERSEY v. BUNICE CHAVIS.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. LEONARD REIGHN.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSAY v. SAMUEL DE PAUL.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES C. MORRISON.

September 24, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CARLTON MASON.

September 24, 1984.

Petition for certification denied.